# United States Court of Appeals
## For the First Circuit

No. 14-1885

UNITED STATES OF AMERICA,

Appellee,

v.

YESENIA VALENTIN-ACEVEDO,

Claimant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 28, 2015, is amended as follows:

On page 6, line 9, "foreclosure" is replaced with "forfeiture."